PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                           CASE NO.: 22-41300-MXM-13

**BRIAN DEREK ISAACSON**
    1382 ROGERS RD
    NEWARK, TX 76071
    SSN/TIN: XXX-XX-6760

**ROBIN ELIZABETH ISAACSON**
    1382 ROGERS RD
    NEWARK, TX 76071
    SSN/TIN: XXX-XX-4333

**DEBTORS**                                                                     **HEARING: NOVEMBER 17, 2022 AT 8:30 AM**

**TRUSTEE'S NOTICE OF INTENT TO**
**CERTIFY CHAPTER 13 CASE FOR DISMISSAL IN FOURTEEN DAYS FOR PLAN PAYMENT DELINQUENCY**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 14 DAYS FROM THE DATE OF SERVICE. IF NO RESPONSE IS TIMELY FILED, THE NOTICE SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING IT.

After fourteen days from September 07, 2022, Trustee will certify this case for dismissal because Debtor did not timely pay one or more Plan Payments that were due to Trustee. The amount to bring all payments current in fourteen days is $11,900.00 which must be received by 4:00 PM on September 21, 2022. FAILURE TO TIMELY CURE THE DELINQUENCY OR FILE A RESPONSE SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

**NOTICE OF HEARING**

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

                                                                        Respectfully submitted,

                                                        By:     /s/ Ethan S. Cartwright
                                                                        Ethan S. Cartwright, Staff Attorney
                                                                        Bar No. 24068273
                                                                        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                                        Bar No. 01344800
                                                                        860 Airport Freeway, Ste 150
                                                                        Hurst, TX 76054
                                                                        (817) 916-4710 Phone

<u>CERTIFICATE OF SERVICE</u>

    I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                                                            By:    <u>/s/ Ethan S. Cartwright</u>
                                                                                   Ethan S. Cartwright

BRIAN DEREK ISAACSON
ROBIN ELIZABETH ISAACSON
1382 Rogers Rd
Newark, TX  76071