

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2022**

*Mark X. Mullin*
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  
    **BRIAN DEREK ISAACSON**  
        1382 ROGERS RD  
        NEWARK, TX 76071  
        SSN/TIN: XXX-XX-6760  

    **ROBIN ELIZABETH ISAACSON**  
        1382 ROGERS RD  
        NEWARK, TX 76071  
        SSN/TIN: XXX-XX-4333  

    **DEBTORS**

CASE NO.: 22-41300-MXM-13

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER (14 DAY NOI-$)

On certification of the Standing Chapter 13 Trustee, as evidenced by the signature below, the Debtors failed to timely pay the Trustee Payments specified in the Debtors' Plan. Fourteen (14) days' written notice of such failure was given to Debtors and the Attorney of the Debtors, if any, prior to submission hereof. The Court is of the opinion that the Notice of Intent to Dismiss should be GRANTED based on:

The Parties' failure to file a timely response.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED without prejudice PROVIDED that if, within fourteen (14) days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # END OF ORDER # # #

APPROVED:

/s/ Pam Bassel
Pam Bassel
Standing Chapter 13 Trustee